UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

REBECCA DUELL,
                                        Plaintiff,

                vs                                              8:08-CV-969

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,
                                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                    OF COUNSEL:

MARK A. SCHNEIDER, ESQ.
Attorney for Plaintiff
57 Court Street
Plattsburgh, NY 12901

SOCIAL SECURITY ADMINISTRATION
OFFICE OF REGIONAL GENERAL COUNSEL
Region II                                       SHEENA VS. WILLIAMS-BARR, ESQ.
26 Federal Plaza - Room 3904
New York, NY 10278

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff filed this action in September 2008, seeking judicial review of a final

decision of the Commissioner of Social Security ("Commissioner") denying her application for

disability insurance benefits ("DIB") and Supplemental Security Income ("SSI").  By Report-

Recommendation dated November 12, 2009, the Honorable Victor E. Bianchini, United

States Magistrate Judge, recommended that the Commissioner's decision denying disability

benefits be remanded for further proceedings in accordance with the report-recommendation

and pursuant to sentence four of 42 U.S.C. Section 405(g).  No objections have been filed,

however the plaintiff's attorney has filed a letter requesting that a Final Order be filed.

Based upon a careful review of the entire file and the recommendations of

Magistrate Judge Bianchini, the Report-Recommendation is accepted and adopted in whole.

See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1.  The Commissioner's decision denying disability benefits is REMANDED for

further development of the evidence; and

2.  The matter is REMANDED for further proceedings in accordance with the

recommendation and pursuant to sentence four of 42 U.S.C. Section 405(g).

IT IS SO ORDERED.

United States District Judge

Dated:   January 5, 2010
         Utica, New York.

- 2 -